UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   BERNARD HARDRICK #606507
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received January 2, 2025 and orders the Clerk to reject the Felony Complaint and Summons and return the document(s) to Bernard Hardrick #606507 for the reason(s) noted below:

Bernard Hardrick #606507 is attempting to file a criminal complaint. A criminal complaint may be initiated only by the United States Attorney's Office and not by an individual.

IT IS SO ORDERED.

Dated:  January 2, 2025          /s/ Ray Kent
                                 RAY KENT
                                 U.S. Magistrate Judge