US District Court
Court Clerk Office
P.O. Box 698
Marquette, MI 49855

RECEIVED - MQ
January 2, 2025 9:55 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:slk SCANNED BY: BH / 1-2-25

In re: Bernard Hardrick v. Gregory Lipponen
Criminal Complaint - New Action

Dear clerk,

Please find enclosed the following pleading that I am filing in this court:

1) Criminal Felony Complaint
2) Felony Summons

Thank you for your time and consideration in this matter.

Best Regards,

Bernard Hardrick
#606507
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, MI 49908

| STATE OF MICHIGAN<br>~~JUDICIAL DISTRICT~~<br>~~JUDICIAL CIRCUIT~~<br>US District Court | COMPLAINT<br>FELONY<br>☐ AMENDED | JUDGE<br>DISTRICT CASE NO. -FY<br>CIRCUIT CASE NO. |
|---|---|---|

Court address ~~3227 Court street, Sault Ste Marie, MI 49783~~ P.O. Box 698, Marquette, MI 49855   Court telephone no.

District Court ORI: MI-     Circuit Court ORI: MI-

| ~~THE PEOPLE OF THE STATE OF MICHIGAN~~<br>Bernard Hardrick | Defendant's name and address<br>Gregory Lipponen<br>URF<br>4269 West M-80, Kincheloe, MI 49784 | Victim or complainant<br>Bernard Hardrick<br>Complaining witness<br>Bernard Hardrick |
|---|---|---|
| Codefendant(s) (if known)<br>None | | Date: On or about<br>September 13, 2020 |
| City/Twp./Village<br>Kincheloe | County in Michigan  Defendant TCN<br>Chippewa | Defendant CTN | Defendant SID |

| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN on Ref. No. row 3 on MC 97 | ☐ Oper./Chauf.<br>☐ CDL | Vehicle Type | Defendant Sex<br>Male | Defendant Race<br>White |
|---|---|---|---|---|---|

| Police agency report no. | Charge<br>False Report of a Felony; MCL 750.411(i)(b) | Maximum penalty<br>4 years imprisonment |
|---|---|---|

☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

Witnesses  Bernard Hardrick

---

STATE OF MICHIGAN, COUNTY OF Chippewa.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

Count 1 - False Report of a Felony; Defendant did file a false report of a felony (riot) to Administrative Law Judge, Thomas Mohrman, against Bernard Hardrick; contrary to MCL 750.411(i)(b).
Felony: 4 years imprisonment

Probable Cause: The above Defendant filed a false report of a felony concerning a prison riot against complainant knowing that the report was false.

☒ The complaining witness asks that defendant be summoned and dealt with according to law.

| Summons authorized on _____ by: _____<br>Date<br><br>Prosecuting official _____<br>☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>_(signature)_<br>Complaining witness signature<br>12-9-24<br>Date |
|---|---|

Approved, SCAO
Form MC 200s, Rev. 9/22
MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.101, MCR 6.102
Page 1 of 1

Distribute form to:
Court
Prosecutor
Defendant

| STATE OF MICHIGAN ~~JUDICIAL DISTRICT~~ ~~JUDICIAL CIRCUIT~~ US District Court | SUMMONS FELONY | JUDGE | |
|---|---|---|---|
| | | DISTRICT CASE NO. | -FY |
| | | CIRCUIT CASE NO. | |

Court address ~~[struck through]~~ P.O. Box 698, Marquette, MI 49855   Court telephone no.

District Court ORI: MI-    Circuit Court ORI: MI-

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| ~~STATE OF MICHIGAN~~ Bernard Hardrick v | Gregory Lipponen URF 4269 West M-80, Kincheloe, MI 49784 | Bernard Hardrick |
| | | Complaining witness |
| | | Bernard Hardrick |
| Codefendant(s) (if known) None | | Date: On or about September 13, 2020 |

| City/Twp./Village | County in Michigan | Defendant TCN | Defendant CTN | Defendant SID |
|---|---|---|---|---|
| Kincheloe | Chippewa | | | |

| Defendant DOB | Defendant DLN | Oper./Chauf. CDL | Vehicle Type | Defendant Sex | Defendant Race |
|---|---|---|---|---|---|
| | | | | Male | White |

| Police agency report no. | Charge | Maximum penalty |
|---|---|---|
| | False Report of a Felony; MCL 750.411(1)(b) | 4 years Imprisonment |

Witnesses Bernard Hardrick

**STATE OF MICHIGAN, COUNTY OF** Chippewa

The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

Count 1 - False Report of a Felony; Defendant did file a false report of a felony (riot) to Administrative Law Judge, Thomas Mohrman, against Bernard Hardrick; contrary to MCL 750.411(1)(b).

Felony: 4 years imprisonment.

Probable Cause: The above Defendant filed a false report of a felony concerning a prison riot against Complainant knowing that the report was false.

**THE COURT FINDS** probable cause to believe the defendant committed the offense(s) set forth.
IN THE NAME OF THE PEOPLE OF ☐ THE STATE OF MICHIGAN ☒ Bernard Hardrick
**TAKE NOTICE: YOU ARE SUMMONED TO APPEAR** for arraignment on _____ Date and time
at ☐ the address above ☐ _____, Michigan, Location

before the presiding judge. If you fail to appear, a warrant may be issued for your arrest. This summons expires on the date of hearing. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Judge/Magistrate signature and date

Approved, SCAO
Form MC 200s, Rev. 9/22
MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.102, MCR 6.103
Page 1 of 1

Distribute form to:
Court
Prosecutor
Defendant

Prisoner Name: Bernard Hardrick
Prisoner Number: 606507
BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204

US District Court
Court Clerk Office
P.O. Box 698
Marquette, MI 49855