UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:　JOSE ARNOLD MONTIEL,
#321211
_____/

**ORDER REJECTING PLEADING**

　　The Court has examined the following document(s) received January 2, 2025 and orders the Clerk to reject the miscellaneous documents and return the document(s) to Jose Arnold Montiel, #321211 for the reason(s) noted below:

　　The Court is unsure what Mr. Montiel is attempting to file. If the filer is attempting to file a criminal complaint, a criminal complaint may be initiated only by the United States Attorney's Office and not by an individual. If the filer is attempting to file exhibits, they must be attached to a pleading, motion or brief with the case number clearly stated on the pleading.

　　If Jose Arnold Montiel, #321211 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

　　IT IS SO ORDERED.


Dated:　January 2, 2025　　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　　RAY KENT
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge