Sgt Johnson Nate. • State Police Post #51
Camera angles (surveillance) footage • Deputy Quinn.
Sheriff Daniel E. Abbott • Smalls.
Undersheriff Kevin Conklin. • Sheriff's Building.
State of Michigan. • Shanon.
Maintance Employee (State) Lane. • Sgt Ferguson.
LT. Chad Hunt.
Federal

<u>Data</u> Hate, Harrasment, Cruel and unusual punishment. Ect.

On March 29, 2022 - 10:10 am
Cell 8 maintance walked around w/ Mike Shanon as they spoke of a light fixture Bein covered, I Jose Arnoldo Montiel, advised to the 2 w/my ad no the more serious issues & fix the "fucken shower", as I was Bein woke by the onbursting Deputy Shanon's voice. Shanon advised me to fix and pack my things I was Bein moved Downstairs Holding Cells.
Complied to his threats, of doing this the hard way or the easy way.
And or stay the P.V and tablets away from all 7 people in the cells.
This statement was used to intimidated and harras, abuse of power, towards a inmate. Bein a State Employee His actions were done as if a regular civilian.
The video will show on 3-29-2022 at 10:00 am that I complied to his "threats" as I showed them the poor (pressure) amount of water coming in the shower. (None)
He Stated to back up to the cell and cuff up did that as Shanon stated tired of your "mouth" infront of other employee staff of the Van Buren County Jail.
Placed in Holding cell #3 for (3 days), March 31, 2022 at 7:58, moved back to upstairs.
Per Sgt Nate Johnson.
That day apologized to Mike Shanon before moving upstairs.
Later while waiting to move upstairs I see Sgt Johnson Nate & the State of Michigan Employees entering the side door of the Booking office as I Jose Arnoldo Montiel get the attention of the sgt, from my cell 3, if he can please advise the State maintance employees, and that I wanted to apologize for my outburst that day. As the camera footage will show that Sgt Nate Johnson, got their attention, one maintance worker Lane stated to Sgt Johnson that it was the other maintance worker by the name of Lance, that was walking through the halls that morning with Mike Shanon. When the outburst by me was made. After Sgt Johnson stated to me of Bein the other maintance employee I said, alright my bad, and I'll just take my apology back then, the maintance Lane grabbed at his crotch and made some thrusting gestures, as he stated here take this back, along w/ other comments the Sgt Johnson and other State employees were laughing at the sexual advances, demeanors as agreeing to his degrading Coments and Gestures, this was not only made to harras but to sexually humiliate and degrade a confined inmate still with all rights intact as a civilian along with Bein a member of Society. Innocent till proven Guilty.

1 of

Jose Arnoldo Montiel
v
Sgt Johnson Nate • State Police Post #51
Camera Angles (surveillance) footage • Deputy Quinn
Sheriff Daniel E Abbott • Smalls
Under Sheriff Kevin Conklin • Sheriffs Building
State of Michigan • Shannon
Maintance Employee (State) Lane • Sgt. Ferguson
LT. Chad Hunt
Federal

Bein still a member of society my Rights Amendments Const. stand and are still all pertaining to me as Jose Arnoldo Montiel and as a Detainee and not a inmate. Till a actual sentencing and a actual trial w/ verdict of...

I Jose Arnoldo Montiel took the proper steps of a PREA Report. To a Sgt. I requested to speak to LT. Chad Hunt, So I contacted to the State Police Post #51 to state the sexual derogatory behavior of such State Employees (maintance) and the Sgt Nate Johnson. laughing.

Spoke to Sgt Ferguson, Sgt Smalls as I was pulled my cell and talked to in a room Sgt Ferguson stated she'd look into it, I told her of the camera, and the Sgt Johnson Bein present, and I wished to speak to the State police to report it. She Sgt Ferguson, stated she'd have to speak to LT. Chad Hunt.

Her response to Grievances, stated she reviewed all camera angles, she found nothing on that date supporting (your) my claim. As you can see she Ferguson, wished not to speak to me Sgt Johnson. Nor the Maintance (State) Employee.

This whole neglect to not do a proper "PREA" investigation and or report to the State police, Not only violated my Due process as a member of Society, Still a Civilian all proven Guilty.

This whole poor investigation, was done out of Malice neglect to conduct a proper investigation and the actual dates, times, people, camera footages. I wish to investigate, not settle.

Deprivation: Left not only a member of society, un-protected (rights) Bin had the State inhumanely mistreated and sexually degraded. Neither physically mentally emotionally. These actions from the State of Michigan to mistreat people society members, civilians. Till proven guilty way and it said to see in their own county jail. (JBC)
Cruel and unusual punishment. PREA, Harass, Haze, Degraded.
1, 5, 14, 18, 16. Amendments violated and those that fit to the complaint above.
                                                                Jose Arnoldo Montiel

M CHALKER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF SAGINAW
MY COMMISSION EXPIRES 1-8-2029
ACTING IN COUNTY OF Saginaw

2 of 3

# Incident Report (Individual)
# VAN BUREN COUNTY

**Run Date/Time : 03/29/2022 - 18:18**

3-29/3-31

2-28/3-15-22

**Incident Number:**
20072726

**Incident Type:**
Minor Rule Violation

**Location of Incident:**
Second Floor

1950

**Incident Date / Time:**
03/29/2022 - 10:10
-31  -27

**Reporting Officer:**
Shannon

**Supervisor:**
Hunt

**Inmates Involved:**
40998 - Montiel, Jose Arnoldo

**Disposition:**
MIN19 - Using Vulgar Or Obscene Lanuage/Gestur Towards Staff Member
**Disposition:**
MIN36 - Insolence Towards An Officer
**Disposition:**

**Officer(s) Involved:**
591 - Shannon

831 - Jorriy

669 - Birkhead

**Narrative:**

On march 29, 2022 at approximately 10:10am I was walking maintenance through the rock to check the fire extinguishers. I approached Cell 8 I saw that the lighting looked dim. I noticed that there were papers stuck on the light fixtures in the cell. All of the inmates were on their bunks resting. I asked them to remove the papers from the lights. No one responded to me. I asked again and inmate Montiel, Jose Arnoldo (40998) made a comment to the maintenance worker. The comment was, "Why don't you fix our fucking shower instead of messing with this little trivial stuff!" I stated we can do this the hard way or the easy way. You can either take those papers off of the lights or I will shut off the tv and remove the tablets from the cell and take everyone's vistis. Montiel got off of his bunk and argued about the shower. Montiel removed the papers from the lights, but continued to disregard my orders to back up to the bars to be handcuffed. Montiel packed his belongings and went to the sink to brush his teeth. Dep. Jorriy opened the door to Cell 8 and waited for inmate Montiel to finish brushing his teeth. Montiel exited the cell and was pat searched and cuffed by Dep. Jorriy (double locked and checked for tightness) without further incident. Montiel was escorted to Holding Cell 3 by Dep. Jorriy and Dep. Birkhead. Inmate Montiel later apologized to me and requested to speak to the maintenance worker to apologize to him. I am leaving the discipline to the discretion of the hearing officer. - Sgt. Mike Shannon Van Buren County Corrections Division

Reporting Officer - _MS_
Shannon

Approved By - _Johnson, N_

Approved By - _____



# Van Buren County Sheriff's Office
## Jail Incident Report

Jail Incident: 8229
Jail Incident: 8229
Nature: MI
Location:
Clearance:
Disposition: (\*\*/\*\*/\*\*)

Time Reported: 10:10:00 03/29/22
Event Beginning: 10:10:00 03/29/22
Ending: \*\*:\*\*:\*\* \*\*/\*\*/\*\*
Log Event: -

**Officers Involved:**

| 591 | 669 | 831 |

**Inmates Involved:**

40998 MONTIEL JOSE

**NARRATIVE**

On march 29, 2022 at approximately 10:10am I was walking maintenance through the rock to check the fire extinguishers. I approached Cell 8 I saw that the lighting looked dim. I noticed that there were papers stuck on the light fixtures in the cell. All of the inmates were on their bunks resting. I asked them to remove the papers from the lights. No one responded to me. I asked again and inmate Montiel, Jose Arnoldo (40998) made a comment to the maintenance worker. The comment was, "Why don't you fix our fucking shower instead of messing with this little trivial stuff!" I stated we can do this the hard way or the easy way. You can either take those papers off of the lights or I will shut off the tv and remove the tablets from the cell and take everyone's vistis. Montiel got off of his bunk and argued about the shower. Montiel removed the papers from the lights, but continued to disregard my orders to back up to the bars to be handcuffed. Montiel packed his belongings and went to the sink to brush his teeth. Dep. Jorriy opened the door to Cell 8 and waited for inmate Montiel to finish brushing his teeth. Montiel exited the cell and was pat searched and cuffed by Dep., Jorriy (double locked and checked for tightness) without further incident. Montiel was escorted to Holding Cell 3 by Dep. Jorriy and Dep. Birkhead. Inmate Montiel later apologized to me and requested to speak to the maintenance worker to apologize to him. I am leaving the discipline to the discretion of the hearing officer. - Sgt. Mike Shannon Van Buren County Corrections Division

# VAN BUREN COUNTY JAIL
# INMATE GRIEVANCE FORM

Coll#10 Aug14

DATE: 4/2/22    INMATE #: 40998
NAME: Montiel, Jose    C8

STATEMENT OF GRIEVANCE: (Include all facts. Include who, what, where, and list all witnesses.) On Friday April 1 2021 at or around 7am-9am I was logged in cell #3 for a minor misconduct ticket, I observed Srgt Johnson with two other (state workers) maintance. I told Srgt Johnson that I wanted to apologize to the maintance for my outburst on or around 3-26 2021. Srgt John returned to the (state worker) maintance and stated to them that I'd like to apologize to them, they stated to him (Srgt Johnson) that is was (state worker) maintance 'Lance' and as I was stating okay my bad they laughed as I seen one grabbing at his crotch area and making thrusting gestures stating, "Take this dick" and laughing and stating some other gestures, as I walked away from the door feeling bothered and humiliated (degraded). I asked officer 'Quinn' the following day to speak to a Srgt. He stated okay, two rounds later (2 hrs) I spoke to officer 'Small' and advised him I'd like to speak to a Srgt. about filing a Prea incident report. (USE BACK SIDE)

Jose Arnoldo Montiel #40998

RECOMMENDED SOLUTION: That this incident be dealt with accordingly and professionally.

OFFICER RESPONDING: Ferguson    DATE: 4/13/22
RESPONSE:

See attached typed response

Closed 4/13/22

Montiel/Jose

4/13/22  Grievance Level 2 Response:

I have reviewed all associated camera angles for 4/1/22 0700-0900. Be advised you were actually re-housed to cell 8 on the day prior, so in turn nothing supporting this claim was founded. I also reviewed camera for the previous date 3/31/22 up until when you were removed from that cell and re-housed. I found nothing on that date supporting your claim.

Grievance Status: Closed

Sgt. Ferguson

*I had an attorney visit that day on 3-31-22/ 4-1-2022 of [illegible]*

Jose Arnoldo Montiel #321211
Saginaw Correctional Facility
9625 Pierce Rd.
Freeland, Mich. 48623



Office of THE CLERK
United STATES DISTRICT Court.
330 FEDERAL BLDG.
202 W. Washington ST.
P.O. Box 698
Marquette, Mich. - 49855.