UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    DENNIS GRAYSON #253538
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received January 7, 2025 and orders the Clerk to reject the MDOC Grievance Forms and return the document(s) to Dennis Grayson #253538 for the reason(s) noted below:

Dennis Grayson #253538 has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Dennis Grayson #253538's cases.

If Dennis Grayson #253538 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated:   January 8, 2025                    /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge