MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

RECEIVED (GR)
U.S. District Court Clerk
JAN 07 2025
Western Michigan

Date Received at Step I _____ Grievance Identifier: _____

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Grayson Dennis | 260008 | AMF | 30L 107 | 11-21-24 | 12-26-24 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? If none, explain why. On date 12-4-24 unit porten in A-Resdget for a refund for the damaged items paid ate 12-23-24 showed Ms Kowalski the damaged cookies and she didn't want to do anything. I'm requesting the videos be held for dates my secure Pak Arrived At this facility and everywhere my secure was taken and kept until it was brought to 6 Block and given to me

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. ON date 11-21-24 I was given my Secure Pak Between 6:00PM and 8:00PM and seen my Secure Pak had been open and partially sealed Back up differently from the way it was originally sealed At the Secure Pak company the top part of the bag that the receipts copys was sealed in had been cut off completely and one copy of the receipts was sealed inside the bag mixed mixed in the Food items and the c/o Dove had the other receipt some store staff had went in my Secure Pak and caused damage to my Food items cookies and packs of candy by tearing them open ends off to put water in them and contaminated my Food items purposely Also by putting the receipt copy in the Bag mixed in my Food items violating PD 04.02.130 PD 03.03.130 PD 03.03.107 I'm requesting the videos be held as my proof and for reviewing of unit 6 for date 11-21-24 Between time 7:00AM til 10:55PM the Grievance Coordinator will not acknowledge none of my Grievances Name Mayo

Dennis Grayson
*Grievant's Signature*

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

Date Returned to Grievant: _____ If resolved at Step I, Grievant sign here. Resolution must be described above.

Grievant's Signature _____ Date _____

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

# MICHIGAN DEPARTMENT OF CORRECTIONS
## PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A

Date Received at Step I _____ Grievance Identifier: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

**Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.**

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Dennis Grayson | 252538 | AMF | 68A 101 | 11-6-24 | 12-30-24 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? If none, explain why. On date 11-12-24 11-13-24 I let the RUS Kowalski know I hadn't gotten my quartermaster order yet and she didn't do anything and on date 11-18-24 I sent the Inspector a kite. Asking him to find out why haven't I got my quartermaster and he didn't do anything.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. On date 11-6-24 the RUM name Pert to turn in my quartermaster order form for two wash cloth 2 pair of new socks, And one T shirt one sheet and I haven't gotten it yet violation of Pd 04.05.120 10 page 5 of 13. Im requesting the unit 6 videos be held as my proof And for reviewing for date 11-6-24 Between time 630 AM til 230 pm.

_Dennis Grayson_
Grievant's Signature

RESPONSE (Grievant Interviewed?) ☐ Yes ☐ No  If No, give explanation. If resolved, explain resolution.)

Respondent's Signature _____ Date _____ Reviewer's Signature _____ Date _____

Respondent's Name (Print) _____ Working Title _____ Reviewer's Name (Print) _____ Working Title _____

Date Returned to Grievant: _____ If resolved at Step I, Grievant sign here. Resolution must be described above.

Grievant's Signature _____ Date _____

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Prisoner Name: Dennis Grayson (Grayson)
Prisoner Number: 253030 253332
BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204

To U.S. District Court
CLERK
399 Federal Bldg
Grand Rapids MI 49503
110 Michigan St. NW