UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   SHAWN GROSSMAN #621120
_____/

## ORDER REJECTING PLEADING

     The Court has examined the following document(s) received January 10, 2025 and orders the Clerk to reject the Letter and return the document(s) to Shawn Grossman #621120 for the reason(s) noted below:

     Shawn Grossman #621120 has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Shawn Grossman #621120's cases.

     If Shawn Grossman #621120 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

     IT IS SO ORDERED.


Dated:  January 13, 2025                    /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        U.S. Magistrate Judge