FILED - GR
January 10, 2025 1:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW, 1-10

12-27-24

Clerk

I am writing you today in regards to see, if I am eligible for a lawyer.

I am hearing impaired and have been special, education my entire life. Does make me qualified, for a attorney? What are the requirements?

I respectfully request information on this, please.

Respectfully

Shawn Grossman #621120
Marquette Branch Prison
1960 U.S. Hwy. 41 South
Marquette, MI 49855

Prisoner Name: Shawn Grossman
Prisoner Number: #621120
MARQUETTE BRANCH PRISON
1960 U.S. Highway 41 South
Marquette, MI 49855

KINGSFORD MI 498
07 JAN 2025 PM 1 L

US POSTAGE   PITNEY BOWES
ZIP 49855
02 7H
0006145690   $ 000.69⁰
              JAN 03 2025

U.S.D.C
399 Federal BLDG
110 Michigan N.W.
Grand Rapids, MI 49503-2363

49503$2300