UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    ALPHONSO JORDAN
_____/

## ORDER REJECTING PLEADING

    The Court has examined the following document(s) received January 13, 2025 and orders the Clerk to reject the Motion for Counsel and return the document(s) to Alphonso Jordan for the reason(s) noted below:

    Alphonso Jordan currently has no case filed with this Court. If Alphonso Jordan wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Alphonso Jordan cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

    If Alphonso Jordan wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

    IT IS SO ORDERED.


Dated:  January 14, 2025                    /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          U.S. Magistrate Judge