United States District Court
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

**RECEIVED - LN**
January 13, 2025 12:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____ DJW

Alphonso Jordan # 197964,
vs                    Plaintiff,                    CASE, NO. 14·005404·01·FC

D. Hubble (ADW)                    /

## Petitioner's Motion For Appointment OF Councel

Petitioner Alphonso Jordan, Persuant to 42.U.S.C.1915 Requests this Court to Appoint Counsel to Represent him in this Case for the Following Reasons:

1(a) Petitioners is Not Able to Afford Counsel...
(b) Petitioner has AN Exellant Chance of Success, but there Are Substantial disputes...
(C) The Ends of Justice Would be best Served in this Case if An Attorney was Appointed to Represent Petitioner...
(d) Petitioner is Unlearned in Law "[Martinez vs Ryan, 566 U.S. At 12]...

DATE: MON.01-06-2025

BY: Alphonso Jordan
Alphonso Jordan #197964
North 6141 Industrial Drive
Munising Michigan 49862
[IN PRO SE]

(Page 1)

Alphonso Jordan #197964
Plaintiff,

VS

CASE NO, 14-005404-01-FC

P. Hubble (ADW),
DEFENDANT.

## Brief In Support Of
### Petitioners Motion For Appoinment Of Counsel:

#### Facts:

§ 7.2 Indigent Rights to Counsel And the Effective Assistance of Councel "[i]n ALL CRIMINAL Prosecutions "U.S. Constitution VI "FINANCIAL ASSISTANCE" FOR EXPERTS, INVESTIGATORS, AND, the like... §3.3 SUPRA SEE: EVITS VS LUCEY, 469 U.S. 387 (1985), MARTINEZ VS RYAN, 566 U.S. AT 11. SEE: id At 4-5, 6-7 SEE: 37.7e NN 158-59 AND ACCOMANYING text.

PRISONER who is UNLEARNED in law "[Martinez vs RYAN, 566 US. At [2] Typically will have no way of Knowing during the Course of his litigations of ANY Right to ASK for Attorney to Raise the initally- Appointed Attorney Affectiveness At trial. And/OR A PATENT Conflict of INstrest should they ARRise And Ethically deciding Weather OR NOT to Advise the PETITIONER to Request Appoinment Of New Council / Attorney...

(i) Indigent Prisoners Requests AN Attorney to Allege the violations of Petitioners U.S. Constitutional Rights And Michigan Departmental Policies Set Fourth( PER) LANSing.(ii) such A lawyer would be Provided At State Expense Apun Request, And Such A lawyer will Provide DISCOVERY And Newly discovered Prosecutorial Misconduct And/OR Cruel And Humaine Treatment, Cruel and unusual Punishment(s) And Other Procedurally defalted claimes." PRincipally" to false Allithation witch lead to Petitioner's Discriminatory Actions taken Against him by and through this Administration here At Alger Correctional FOCility.

(Page 3)

**6th AMENDMENT**: Right to Council and Effective Assistance of Council:.

A petitioner Unlearned in law, May Not comply with the State Procedural Rules or May misapprehend the substantitive details of Federal Constitutional Law. CE. eg, id. At 620-621 (decribing the Educational background of the prisoner population) while in Prison, the Petitioner's not Any position to develope the Eventiary basis for A claim of Discriminatory Actions taken Against him, witch often turns on Evidence outside a sworn Affidavit that this Adiministration Refuses to Provide.

Without the help of an Adequate Attorney, A prisoner will have similar difficulties vindicating a Substantial claims Set fourth here in And throughout this Request for Legal Assistance.

Thus, the Adiquate Assistance of Counsel Whom is Require to Provide investigative work And understanding of trial Strategy.

## "Argument"

Courts Consider several Factors to determine wheather to Appoint Counsel. These inculed the Petitioner's Change of Success[1]; wheather Petitioner is in A position to investigate crucial Facts Necessary to Prove his Claims[2]; Whether there ARE disputable Fact and whether the facts disputed ARE Complicated or Substantial; Lopez vs. Reyes, 629 F. 2d .is (CA8. 1982); the Complexity of the: [3] (CA8. 1982)

     1a. Mosby vs Mabry, 697 F 2d 213 (CA8. 1982)
     b. Slavin vs Curry, 690 F. 2d 446 (CA. 5 1982

Legal issues - where the law is Not Clear the Court should Appoint Council, MERRIT VS. FAULKNER, 697 2d. 761 (CA. 7 1983); the court should consider the Ability of the indigent Petitioner to Present his case. flordAN VS LEEKE, 574 F. 2d 1147 (CA4 1978).

## "Relief"

For these REASONS, Petitioner RESPECTfully REQUEST that this Honorable Court will GRANT his Motion TO Appoint Council.

(page 4)

Date: Mon. 01-06-2025

Respectfully Sumitted
by Alphonso Jordan
IN PRO SE
Alphonso Jordan 197964
Alger Maximum Correctional Facility
North 6141 Industrial Park Drive

CC: File

Date: Mon. 01-06-2025

## CIRTIFICATE OF SERVICE

I declare /declave on Penalty or Perjury that on
01-06-2025 I served a copy of the attachment Motion
And Brief on All Clerk of the court At the Address
of Record by First Class Legal Expidited Mail.

DATE: MON. 01-06-2025

CC; File

Respectfully Sumitted,
by Alphonso Jordan
Alphonso Jordan 197964
Alger Maximum Correctional Facility
North 6141 Industrial Park Drive
Munising Michigan 49862

NAME: Alphonso Jordan #197964
Number: Alger Correctional Facility
Address: North 6141 Industrial Park Drive
Address: Munising, Michigan 49862



METROPLEX MI 480

11 JAN 2025 PM 9 L

UNITED STATES DISTRICT COURT
113 Federal Building
315 West Allegan Street
Lansing, Michigan 48933

48933-151438