UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   JAMIE PERRY
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received January 15, 2025 and orders the Clerk to reject the Miscellaneous Documents and return the document(s) to Jamie Perry for the reason(s) noted below:

      Jamie Perry has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Jamie Perry's cases.

      If Jamie Perry wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

      IT IS SO ORDERED.

Dated:  January 15, 2025                  /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    U.S. Magistrate Judge