

# MEDIA & COMMUNICATION

Trace the history of communications –
from hieroglyphics to the information
superhighway

**RECEIVED - KZ**

January 15, 2025 11:47 AM

U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg

# Future technology



THE STORY OF COMMUNICATION is far from over. New media, such as virtual reality and the Internet, are still evolving. The mass of information available to people is constantly increasing, and new ways of exploring it will be developed. Scientists are currently considering the possibility of implanting microprocessors in people's bodies. These could transmit information, such as personal identity and financial details, to a computer anywhere in the world, making identity and credit cards unnecessary. It may even become possible to transmit thoughts and feelings to another person in this way.

**TELEPATHY WITH CHIPS**
Some scientists, including Dr. Warwick, believe that telepathy could soon be a reality. Tiny microchips, implanted in two people's bodies, could transmit and receive thoughts by linking the two bodies' nervous systems. The microchips could also communicate with the Internet via a nearby computer, providing instant, telepathic access to unlimited information.



Implant is 1 in (23 mm) long

64 bit micro-processor

Circuit board

Electro-magnetic coil provides power

**SCIENTIST BECOMES CYBORG**
In August 1998, Dr. Kevin Warwick, professor of cybernetics at Britain's Reading University, became the subject of a revolutionary experiment. He had a microprocessor, capable of communicating with sensors and machines, implanted in his arm. It consists of a microchip, a tiny circuit board, and an electromagnet, and is housed in a sterilized glass container.



**1 THE OPERATION**
The implant was sewn under the skin of Dr. Warwick's forearm by a surgeon. Doctors were concerned that Dr. Warwick's immune system might reject the implant, or that the glass container could break inside his body. Luckily, neither of these things happened, and the implant remained in Dr. Warwick's arm for one week — the duration of the experiment.

**2 SENSOR IN OPERATION**
The circuitry inside the implant sends out signals, which are recognized by special sensors fitted in the university building. As Dr. Warwick walks toward his laboratory door, the signal from his implant is picked up by a sensor that automatically unlocks and opens the door. In the future, implants could replace door and car keys.





Dr. Warwick's web site is displayed

**3 "GOOD MORNING, DR. WARWICK"**
When Dr. Warwick sits down at his desk, the implant transmits a signal that switches on his computer. The computer greets Dr. Warwick with a voice message, downloads his own web site, and automatically displays his incoming E-mail.

# Other worlds

Contacting alien life-forms is the greatest communication challenge. Even the nearest stars are a million times further away than our sun. So far, messages have been carried aboard space probes, and radio signals have been beamed into deep space. Meanwhile, humans continue to listen for incoming signals.



**M13 STAR CLUSTER**
Arecibo's message is traveling toward a dense cluster of stars called M13. It could take 25,000 years to reach its destination. If there are any life-forms within M13, they will need to be highly advanced in order to decode and understand the message.



**THE SOUNDS OF EARTH**
The deep-space *Voyager* probe carries an LP record encoded with sounds and pictures that aim to sum up life on Earth. However, it will be 40,000 years before *Voyager* reaches any nearby stars.

**MESSAGE IN SPACE**
In 1974, a radio signal was sent out into deep space by the Arecibo radio telescope in Puerto Rico. It contains a series of pulses that can be arranged to form simple pictograms, which depict various aspects of humankind.

*Double helix — the structure of DNA*

*The human figure*

*The earth, third planet from the sun*

*The sun*

Radio signal message

**LOOKING FOR LIFE**
The Goldstone Tracking Station in California is part of the Search for Extraterrestrial Intelligence (SETI) program. A powerful radio antenna fitted to a 230-ft- (70-m-) wide dish is seeking out signals from outer space by making a scan of the entire sky. It will take many years to complete the scan.



*South American magazine*

*Dr. Warwick is in the teaching laboratory*

*Blue rectangle indicates the presence of a sensor*

*Indian magazine*

**TRACKING DR. WARWICK**
As Dr. Warwick moves around the university building, the implant sends out a signal indicating his current position. His secretary can find out where he is and in what direction he is headed by looking at this tracking monitor. Some other members of staff carry "smart cards" (equivalents of Dr. Warwick's microprocessor that are carried in a wallet), and they are also indicated on the monitor.

**5 WORLDWIDE ATTENTION**
As a result of this experiment, Dr. Warwick has become a media celebrity. He has been featured in a wide range of publications and on television all over the world. Above are just some of the magazines that have highlighted his story; they are from France, Brazil, Germany, and India.

Forensic center
8303 Main RD
Saline, MI 48176
Jesse Perry

METROPLEX MI 480

8 JAN 2025 PM 2

US POSTAGE PITNEY
ZIP 48176 $ 000.
02 4W
0000386323 JAN 07

Clerk of Court

107 Federal Building

410 Michigan Avenue

Kalamazoo, Michigan 49007

49007-99999