UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:   DONTE THOMAS #397934
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received January 13, 2025 and orders the Clerk to reject the Pleading with proposed order and return the document(s) to Donte Thomas #397934 for the reason(s) noted below:

Donte Thomas #397934 currently has no case filed with this Court. If Donte Thomas #397934 wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Donte Thomas #397934 cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

If Donte Thomas #397934 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated:  January 15, 2025            /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    U.S. Magistrate Judge