RECEIVED - GR
January 13, 2025 1:16 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: JMW   SCANNED BY: KB 1/15

I Donte Thomas #397934 duly sworn state the following to the best of my belief and knowledge:

1) On August, 28th, 2024 i was housed at Marquette Branch Prison, housing unit G-block, cell #41.

2) On the above date I had an incident with staff and was issued an assault and battery mis-conduct ticket.

3) I was hog tied in housing unit ward-5 for three days and left there a additional week after that. That is chained ankle to wrist and waist line with pad locks. I had chains eating threw my flesh.

4) I stayed in one cell for a day using the bathroom on my self and the floor because the chains and locks was to tight for me to stand up or eat. I had to eat my food like a chained up animal with my face in the food tray. And my water was turned off in my cell.

5) On september, 20th, 2024 when i was finally able to retrieve a grievance i filed my grievance. I routinely sent kites to grievance coordinator Q. Bolton to request grievance identifier number he never responded to my kites.

6) Altogether i filed this grievance seven times

7) I AM A s.t.g (security threat group) prisoner

### Perjury Jurat

Pursuant to 28 U.S.C 1746, I affirm under the penalty of perjury and the laws of the United States the foregoing declarations are true based on personal knowledge and this affiant will testify to the same in court of law. Further your a affiant sayeth not.

Donte Thomas
(NAME)

12-25-24
(date)

D. Thomas
(SIGNATURE)

JENNY L. MOYLE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MARQUETTE
MY COMMISSION EXPIRES Jul 5, 2026
ACTING IN COUNTY OF marquette

12-30-24

# United State District Court

Donte Thomas #397934
    (Plaintiff)
      v.
Unknown Nachtman, et. al.
    (defendants)

Upon the complaint, the supporting affidavits of plaintiffs, it is: Ordered that defendants unknown Nachtman, et. al, show cause in room ____ of the United States courthouse (address on the ____ day of ____, 20__; at ____ o'clock, why a prelimary injunction should not issue, pursuant to rule 65 (a) of the federal rules of civil procedure, enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them from denying frustrating, and impeding my 14th amendment right to access the courts

                                                      x. D. Thomas #397934

_____
(signature)

_____
(date)

United State District Judge

Prisoner Name: Donte Thomas
Prisoner Number: 397934
MARQUETTE BRANCH PRISON
1960 U.S. Highway 41 South
Marquette, MI 49855

United State District Court
399 Federal Building
110 Michigan ST NW
Grand Rapids, MI 49503