UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    JERRY HOGAN
_____/

**ORDER REJECTING PLEADING**

      The Court has examined the following document(s) received January 13, 2025 and orders the Clerk to reject the Letter regarding lawsuit and return the document(s) to Jerry Hogan for the reason(s) noted below:

      A 405.00 filing fee is required. If Jerry Hogan cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint. Form enclosed.

      If Jerry Hogan wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

      IT IS SO ORDERED.

Dated:  January 15, 2025                      /s/ Phillip J. Green
                                                               PHILLIP J. GREEN
                                                               U.S. Magistrate Judge