RECEIVED
January 13, 2025 1:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB 1/15

12-8-24

My name are Jerry Hogan 4-18-63, I'm in a nursing Home Name SKLD Ionia 814 E. Lincoln Ave Ionia MI; 48846, I Been Here Since August 9-24, I went To the Hospotice for my feet, they sent me to Court and gave me a guardian, they said I was compertent, and they wont let me go Home. I can make my own decision can you get me a attorney please I cant aford one.

2.

ant nothing wrong with me, I want a law suit on the Judge and Guardin, they are Being preJudice from my Back ground, they Ruled me comptence, that I can make my own ~~division~~ decision, I do everything for myself. make doctors Apointments, take my meds when needed. I feel like the Judge are Breaking

3

the law. himself. legal Aid are willing to work with me, I wants a lawsuit put on Judge Avery D. rose and ~~Kristin~~ Kristina Begley. the case number 23-212747. ~~Kristina~~ petition To Terminate guardianship. I Been deemed competent By a physician I declare under the penalties of perjury that this petition has Been Examined By

4

the social worker and its content are true to the Best of my information knowledge and belief 12-8-24

Im also Suiting Michael Newell the iteem.           Jerry Hogan

the probate court letting them know they are Being ~~sueing~~ ~~suit~~ Suiting a/so

The Hospatil wanted me to cut off my leg. But I Refused, and the feet are Healed. the Guardian

5

upset Because I didnt get it cut off. even the Judge said he wouldnt want his cut off. she upset now the guardian all upset with me about not get my leg cut off. she wont answer the phone, she use to answer my call Til, she put me on Hospice, I Refused it, the ombudsman Angie, said I have the Right To refused the wound doctor hire said I were okay, and I Healed. all three went agaist me. I can make my own decison.

Jerry Hogan 8-2023

Dan, Please take my case all I want is to be able to go home where my family will drop it all.

Jerry Hogan
814 E. Lincoln Ave
Ionia Mi, 48846



GRAND RAPIDS MI 493
10 JAN 2025 PM 2 L

quadient
FIRST-CLASS MAIL
IM1
$000.69
11/25/2024  ZIP 48846
043M30254682

399 Federal Building
110 Michigan St N.W
Grand rapids Mi, 49503

49503-230099