UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    ROBERT D. SANGO #122345
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received January 17, 2025 and orders the Clerk to reject the Declaration of facts and return the document(s) to Robert D. Sango #122345 for the reason(s) noted below:

      The Court is not authorized to accept papers just to have them on file for possible future cases. If Robert D. Sango #122345 wishes to file a new complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all the parties, averments of claim or defense in numbered paragraphs, and a short and plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required and if Robert D. Sango #122345 cannot afford the filing fee, an affidavit of financial status must be submitted at the time of filing the complaint.

      If Robert D. Sango #122345 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

      IT IS SO ORDERED.

Dated:  January 22, 2025           /s/ Ray Kent
                                                               RAY KENT
                                                               U.S. Magistrate Judge