UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Robert D. Sango
   Plaintiff.

NO.

v.

HON

UNKNOWN Coady, et al.
   Defendant(s).

RECEIVED- GR
January 17, 2025 11:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB 1/22

## DECLARATION OF FACTS

I Robert D. Sango #122395 do declare under penalty of perjury the following is true and correct:

1) On January 11th and 12th a jail inmate at Calhoun county jail (A pod) deficated in the shower before dinner.

2) Deputy Houk refused to investigate, and the entire inmate population in A pod continued to ask for an investigation.

3) On January 13th sgts. Block and Vaden ordered the pod to be locked down, after continued calls for an investigation.

4) When inmates contacted family and the sheriff about being punished for asking for staff to protect them from a public health issue...

Page 2; Sango v. Coady et al.                    1/14/25

5) Sgt. Coady on January 14th at breakfast came in and enforced every rule possible

6) Coady then locked the pod down (including Trustees) who clean the unit after meals

7) Coady then watched videos and surfed the internet so that it could be heard by jail inmates.

8) Note: No misconducts were written for the fecal matter being left in the shower. NO MISCONDUCTS WERE WRITTEN FOR ASKING FOR SHIFT COMMAND TO REVIEW THE CAMERA AND INVESTIGATE FECAL MATTER BEING LEFT IN THE SHOWER.

NAME _Robert D. Sango_ Date 1/14/25

Robert D. Sango #782395
Calhoun County Jail
185 E. Michigan Ave.
Battle Creek MI 49017

Clerk, US District Court
401 Federal Building
110 Michigan St NW
Grand Rapids, MI 49503

1/14/25

Re: Request for 42 USCA § 1983 filing forms and payment schedule.

RECEIVED- GR
January 17, 2025 11:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: ____/____

Dear Clerk,

I need a 42 USCA § 1983 filing form.

Note: Attached is to make a record of filing intent ahead of an escalation in governmental retaliation.

Sincerely,

Robert D. Sango #122345
Calhoun County Jail
185 E. Michigan Ave.
Battle Creek, MI 49017

Robert D. Sanyo #122395
Calhoun County Jail
185 E. Michigan ave.
Battle Creek, MI 49017

GRAND RAPIDS MI 493
15 JAN 2025 PM 5 L



Clerk, US District Court
401 Federal Building
110 Michigan St NW
Grand Rapid, MI 49503

49503-236399