UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    OMAR NELUMS

_____/

## **ORDER REJECTING PLEADING**

    The Court has examined the following document(s) received January 23, 2025 and orders the Clerk to reject the Motion for Reconsideration of Delayed Application for Leave to Appeal and return the document(s) to Omar Nelums for the reason(s) noted below:

    Omar Nelums is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with Court of Appeals, State of Michigan. It appears that the documents were submitted to this Court in error.

    IT IS SO ORDERED.


Dated:   January 23, 2025                   /s/ Ray Kent
                                                             RAY KENT
                                                             U.S. Magistrate Judge