UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    ROBERT MOORE #509221
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 1, 2025 and orders the Clerk to reject the Certificate of Service and other documents and return the document(s) to Robert Moore #509221 for the reason(s) noted below:

Mr. Moore has submitted documents to this court which appear to be intended for the United States District Court for the Eastern District of Michigan. These documents were submitted to our court in error.

IT IS SO ORDERED.

Dated:  December 3, 2025                      /s/ Ray Kent
                                             RAY KENT
                                             U.S. Magistrate Judge