UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

,

      Plaintiff,                    Case No. 1:25−mc−02025

  v.                          Hon.

,

      Defendant.
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 5, 2025 and orders the Clerk to reject the Letter requesting case review and return the document(s) to Earle Lacy−Garrett for the reason(s) noted below:

Earle Lacy−Garrett currently has no case filed with this Court. If Earle Lacy−Garrett wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A $405.00 filing fee is required. If Earle Lacy−Garrett cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

IT IS SO ORDERED.

Dated:  December 12, 2025            /s/ Maarten Vermaat_____
                                       MAARTEN VERMAAT
                                       U.S. Magistrate Judge