DATE 12-2-25

RECEIVED (GR)
U.S. District Court Clerk
DEC 05 2025
Western Michigan

UNITED STATES DISTRICT COURT Supreme Court

DEAR Clerk of U.S.D.C Supreme court How are you
Doing? Hopefully you are in the Best of All
Health and Everything is Going your way.
I'm writing in regards to Request A
CASE REVIEW OR for AN official
CASE REVIEW form in the matter
of " People of the State of Michigan -vs-
Louis EARLE LACY-GARRETT, CASE No. 2024-046287-1

I HAVE EXTENSIVE Procedural violations,
AS Well AS CONSTITUTIONAL Violations That ARE
Documented via Myfile Directly To The Court
of Appeals Grand Rapids regional office AS
Well AS Request's for A franks/white Hearing
and Multiple Suppression motions filed at
Berrien County Trial Court Level, which All Have
Been Denied OR ignored by A Judge who
Refuses To follow michigan Court Ruled STARE
DEcisis citations AS well AS Doctored Papers
being used To violate PassPort Laws AS I
Am A NON-Citizen National—STATE PrivATE
Citizen IDENTification # A66465124. I AM
Also Being Held in Administrative Segregation
without Any Disciplinary write ups And I AM
Being DENIED ACCESS To A LAW Library.

I WAS ALSO Accused iN A prior 2019 malicious Prosecution by the Same officer ( Jerimiah Gauthier) A repeat offender who your C.O.A 350 building (chief Judge GADDLA) SAnctioned iN 2023 iN C.O.A ORDER/Opinion iN Pedle V. Wilburn over Similar AFFidavit misconduct. IN the iNSTANT CASE 2024-046287-FH AS iN <u>Probable Cause To ATTain A Search warrant</u> Gauthier Alleges 4 Controlled Buys using the Same Alleged NickNAme AS 6 controlled buys iN the 2019 LACY-GArrett CASE where the actual individual WAS convicted for the 6 Alleged buys Prior To LACY-GArrett Being Accused.

in 2024 iNSTANT Allegations there Are No charges AS required for Each of 4 Alleged Buys, No recovered drugs from buys, No Lab results AS alleged, No marked buy funds or listed Amount allegedly baught or Purchased, there's No C.I Number, No C.I registration or Approved use form, No required DocumeNTATion ATTached To AFFidavit leaving the 4 corners of AFFidavit Bare bones, No Pre warrant complaiNT or Verified STATe menT under oath AS required etc. Respectfully, Louis EARle LAcy-GArrett CASE NO. 2024-046287-FH

NAME **Louis Earle Lacy-Garrett**

GRAND RAPIDS MI 493

4 DEC 2025 AM 4 L

LOCATION **1E - Ø6**

919 PORT STREET
ST. JOSEPH, MICHIGAN 49085



UNITED STATES
OF AMERICA

FOREVER/USA

United States District Court - Supreme Court

399 Federal Building

110 michigan N.W

Grand Rapids, MI 49503-2363

49503-236399