UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    DERRICK SMITH #267009
_____/


**ORDER REJECTING PLEADING**


The Court has examined the following document(s) received December 12, 2025 and orders the Clerk to reject the Motion and return the document(s) to Derrick Smith #267009 for the reason(s) noted below:

Derrick Smith #267009 is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with USDC Eastern District of Michigan. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.


Dated:  December 16, 2025                  /s/ Phillip J. Green
                                           PHILLIP J. GREEN
                                           U.S. Magistrate Judge