UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RECEIVED (GR)
U.S. District Court Clerk

DEC 12 2025

Western Michigan

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

Vs
                                Case No 2:2025-cv-11737

USA TODAY et al
    Defendant,
                                  Honorable Stephen Murphy, III
_____/

## MOTION TO GRANT IMMEDIATE DECISION ON UNRESOLVED MOTION TO DISQUALIFY DISTRICT JUDGE JUDITH LEVY BASED ON BIAS AND PREJUDICE AGAINST PLAINTIFF IN FAVOR OF ADVERSE PARTY CONTRARY TO 28 USC § 144 REQUIRING REMOVAL Of JUDGE JUDITH LEVY ACCORDING TO 28 USC § 144

    Now comes the Plaintiff-Appellant Derrick Lee Cardello-Smith in the above matter and hereby moves this Court to GRANT IMMEDIATE DECISION ON THE UNRESOLVED MOTION TO DISQUALIFY DISTRICT JUDGE JUDITH LEVY BASED ON BIAS AND PREJUDICE AGAINST PLAINTIFF IN FAVOR OF THE ADVERSE PARTY CONTRARY TO 28 USC § 144 AND T BEING PENDING FOR ALMOST 1 MONTH AND OTHER DECISIONS HAVE BEEN ENTERED BY JUDGE JUDITH LEVY CONTRARY TO THE AFOREMENTIONED RULE WHICH MANDATED THAT THIS JUDGE NEVER PROCEED ANY FURTHER, Thereby prejudicing this Plaintiff even further.

### CERTIFICATE OF SERVICE
    Now comes the Plaintiff, Derrick Lee Cardello-Smith, in the above cause and hereby provides this court will hereby certify that on 12-08-25, I mailed one copy of the enclosed documents to the Defendants attorneys of record by First Class US Mail and all postage paid in full.from Kincheloe, Michigan 49788.

Thank you for your time.

Derrick Lee Cardello-Smith
#267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

11-10-25

1.

## BRIEF IN SUPPORT

.1. On November 10, 2025, Plaintiff mailed the Motion to Disqualify and Affidavit to the Clerk of the US District Court and it is therefore considered filed on the date it is submitted to the Prison Mailing Staff.

2. 28 USC § 144 States that The District Judge Must Proceed No Further in a case alleged with BIAS and Prejudice against the Plaintiff and in favor of the adverse party.

3. Plaintiff has shown and claimed that the presiding District Judge has done just that, and yet, the Plaintiffs Motion to Disqualify has been ignored and in fact, the District Court has entered OTHER ORDERS that were NOT ALLOWED TO BE ISSUED BY DISTRICT JUDGE JUDITH LEVY as and are in VIOLATION OF 28 USC §144 and therefore, WERE REQUIRED TO BE STRICKEN AND ARE REQUIRED TO BE STRICKEN.

4. Plaintiff is attaching a copy of said motion and believes that the court is required to act on this Motion and grant the following relief.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this court will GRANT IMMEDIATE DECISION ON THE MOTION TO DISQUALIFY, STRIKE ANY ORDERS ENTERED BY THE DISTRICT COURT JUDGE, Grant a NEW JUDGE IS ASSIGNED TO THE CASE, and Grant any further relief necessary.and appropriate.

Respectfully Yours,

Derrick Lee Cardello-Smith #267009
Pro Se Plaintiff
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49788

December 8, 2025

2.

NAME: _____
Number: _____
Address: _____
Address: _____

Derrick Lee Cardello-Smith
#267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

Mailed on 12-8-25
Case No 25-00823

GRAND RAPIDS MI  493

10 DEC 2025  PM 6  L



USA ★ FOREVER ★

Clerk of the Court
United States District Court
Case Processing Section
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-231799