UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    DONTE THOMAS #397934
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received December 12, 2025 and orders the Clerk to reject the Proposed Show Cause Order and return the document(s) to Donte Thomas #397934 for the reason(s) noted below:

Mr. Thomas has several cases in our court, none of which match the caption on the Proposed Order.

If Donte Thomas #397934 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  December 16, 2025                      /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              U.S. Magistrate Judge