UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:   BERNARD HARDRICK #606507
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received 12/18/2025 and orders the Clerk to reject the criminal complaint and return the document(s) to Bernard Hardrick #606507 for the reason(s) noted below:

Bernard Hardrick #606507 is attempting to file a criminal complaint. A criminal complaint may be initiated only by the United States Attorney's Office and not by an individual.

If Bernard Hardrick #606507 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  December 19, 2025                       /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge