US District Court
Court Clerk Office
P.O. Box 698
Marquette, MI 49855

RECEIVED - MQT
December 18, 2025 11:08 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ny          12-18

In re: United States v. Tracey Hill, et al
— Criminal Complaint —

Dear clerk,

Please find enclosed the Criminal Complaint that is being filed in this Court by the United States of America for my benefit under Rule 17(a), with statutory permission a legal duty of the US Department of Justice, [by and through the US Attorney General's office (28 USCS § 509 seq).] This is not a "Private Citizen's" Criminal Complaint as I am merely the [Complainant] and not the Plaintiff, as the United States itself is the real-interest Plaintiff and has authority to file criminal complaints for violations of Federal criminal law. So don't switch the title of the Caption from United States v. Tracey Hill, to that of Bernard Hardrick v. Tracey Hill as a barren attempt to dismiss the complaint — trick no goods.

Also, take notice of the Assistant US Attorneys' Appearances in the Complaint who are authorized to bring this action. The capacity to sue or be sued as to Representation under Rule 9 is not challenged and not to be challenged by the Court. If the Court takes any issue with filing this verified Criminal Complaint, then take it up with the US Department of Justance and Counsels' present, respectively.

Thank you very much for your time and assistance with this matter, and will you please be so kind as to send me a courtesy copy of the [Docket Entry sheet] once you have processed the complaint. Happy Holidays!

Best Regards,
Bernard Hardrick
#606507
Baraga Corr, Fac,
13924 Wadaga Rd,
Baraga, MI 49908

United States District
Western District of Michigan
Northern Division

United States of America,

　　　　　Plaintiff,

　　V.

Tracey Hill,
Pittsley (AMF mailroom staff),
David Pynonnen,
Bruce Dessellier, and
Timothy Wilson,

　　　　　Defendants.

Case No.
Criminal Complaint

Victim: Bernard Hardrick
Complainant: Bernard Hardrick
Place of offense: Baraga Corr. Fac.
13924 Wadaga Rd, Baraga, MI
Date of offense: 11/7/25 - 12/15/25

Criminal Complaint

U.S. Department of Justice
Karen L. Reynolds (P31029)
Shannon M. Ackenhausen (P83190)
Assistant US Attorney Generals
Attorney For Plaintiff
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Dana Nessel
Attorney General Michigan
Attorney For Defendants
P.O. Box 30217
Lansing, MI 48909

　　In the name of the United States of America, for the use and benefit of Bernard Hardrick, a citizen and vessel of the United States (18 USCS § 9), by and through the U.S. Department of Justice Attorney General Office with statutory authority (28 USCS § 509 seq.) and permission (F.R.C.P. 17(a)), appears before this Court and charges the above defendants who are Michigan Department of Corrections employees at the Baraga Correctional Facility, with the criminal offense of 'Conspiracy Against Rights' in violation of title '18 USCS § 241, and states as follows:

Count 1: Conspiracy against rights - While being a person employeed with the Michigan Department of Corrections (MDOC), defendants Tracey Hill (AMF mailroom staff), Unknown Pittsley (AMF mailroom staff), David Pynonnen (AMF Inspector), Bruce Dessellier (AMF Inspector), and Timothy Wilson (AMF Resident Unit manager) did

1.

Knowingly conspire or participate in injurying, oppressing, threatening, or intimidating the complainant, Bernard Hardrick, through the course of the above dates, when:

On or about January 7, 2025, defendant Tracey Hill intercepted the complainant's incoming legal mail (secured by the First Amendment) from a State Court, opened, read and unlawfully converted it over to defendant David Pynonnen to be tampered with and destroyed, with defendant Timothy Wilson, after conducting a hearing, upheld the unlawful confiscation of complainants incoming legal mail in which defendant David Pynonnen then foisted a false misconduct concerning the legal mail to falsely secure the legal mail so that complainant never receives it.

On or about June 17, 2025, defendant Tracey Hill and Pittsley intercepted the complainants incoming legal mail (secured by First Amendment) from the US District Court of Michigan by falsely claiming that the legal mail was sent to the Court by way of third-party even after the Court confirmed sending the mail to the complainant. Tracy Hill and Pittsley then opened, read, and unlawfully converted the legal mail over to defendant David Pynonnen who refused to relinquish it to the complainant while in conspiracy with Timothy Wilson who upheld the unlawful mail rejection to cover his co-conspirator's illicit deeds.

On or about June 27, 2025, defendants Tracey Hill and Pittsley intercepted more of the complainant's incoming legal mail (secured by First Amendment) from Law Firms registered with the State Bar by administering a Notice of Mail Rejection alleging that the legal mail involved a "third-party" with no evidence of any third-party intervention and opened, read, and converted the legal mail over to defendant Pynonnen who still unlawfully withholds the legal mail as of date of this complaint because, in conspiracy with his cohorts, Timothy Wilson refuses to now held an Administrative Hearing on the rejected legal mail so that time for a hearing will expire and the mail could be destroyed by Tracy Hill and/or Pittsley.

2.

On or about August 27, 2025, defendant Tracey Hill and Pittsley intercepted the complainant's incoming legal mail (secured by First Amendment) from the U.S. District Court Milwaukee, WI, and, without any just cause, labeled the legal mail as being "Suspicious in nature" and converted over to David Pynannen who then opened, read and, upon realizing the contents of the legal mail contained a criminal complaint against him, confiscated the mail and fabricated there being a "liquid substance" on the document and wrote a false smuggling misconduct against the complainant and destroyed the legal mail.

On or about November 11, 2025, after learning of the pending lawsuits filed by the complainant against Tracey Hill, David Pynannen, and Timothy Wilson, defendant Bruce Dessellier issued a 'Notice of Phone Restriction' upon the complainant shutting office his phone for 30 days without affording Hardrick and due process. Dessellier later revealed his motive to the complaint on December 1, 2025 while walking along side David Pynannen on the compound while Hardrick was on yard. (Retaliation)

On or about December 5, 2025, while wanting to conduct an Administrative Hearing on the illicit phone restriction in Wilson's office, defendant Timothy Wilson threatened the complainant that if he made him go through the hassle of conducting a hearing and drafting a report about the phone restriction he would increase the restriction from 30 days to 90 days restriction if complainant did not sign off or waive the hearing. Out of fear of more restrictions, the complainant complied with Wilson's threat of intimidation and waived his phone restriction hearing. (Retaliation)

On or about December 10, 2025, defendant Pittsley intercepted the complainant's incoming legal mail (secured by First Amendment) from the 24th District Probate Court in Litchfield, CT and administered a 'Notice of Mail Rejection' capriciously asserting that the mail "may be an attempt to smuggle in controlled substance on paper" with no explanation as to how or why. In conspricy of the mail rejection, Timothy Wilson stated to mr. Hardrick that he will not be conducting a hearing on the rejected mail allowing for it to be destroyed due to delay in taking any administrative action.

3.

Defendants conspired to comit the above alleged acts while the complainant was exercising and/or enjoying his First Amendment right to receive incoming legal mail and to be free from retaliation to do so as secured under the United States Constitution: Punishment shall be by fine under this title or imprisonment not more than ten years, or both.

## Jurisdiction And Venue

— This Court has proper jurisdiction to hear this criminal matter under 28 USCS §1331 and 1343(a)(3), and proper venue under 28 USCS §1391 as the crimes alleged transpired in this Court's district area.

## Judicial Notices

— Take notice that this is not a private citizen's complaint and must not be arbitrarily dismissed as one; whether this is a criminal complaint by the United States of America (real-party-interested) for the use and/or benefit of complainant/ victim Bernard Hardrick as allowed per F.R.C.P. 17, by and through the US Department of Justice with statutory permission and legal duty of the U.S. Attorney Generals listed (28 USCS §509 seq.) who are statutorily allowed to prosecute this criminal complaint.

— Take notice not to attempt any arbitrary dismissal of the criminal complaint by switching the name of the Plaintiff around on the record from that of the United States of America to that of Bernard Hardrick, as that would be a misidentification of the real-interest Plaintiff.

+ Take notice that the capacity to sue or be sued under Rule 9 is not challenged nor the capacity to sue or be sued as to Representation is being challenged nor can this court challenge the capacity on its own accord.

4.

— Please take notice as to all parties and non-parties alike; anyone having or receiving Knowledge of the actual commission of the felony verified in this Complaint, which is cognizable by this United States Court, chooses to conceal or not commence legal action as soon as possible to report the crime to a judge or other person in civil or military authority under the United States, shall be guilty of 'Misprison of Felony' under title 18 USCS§4 and fined under said title or imprisoned not more than three years or both.

## Request For Warrant

The complainant request for this court to issue a felony Warrant for arrest of the Defendants for the alleged offenses pursuant to 28 USCS 1651 or any other statutory law that permits attachment of the Defendants until Judgment is issued under Rule 64.

## Verification

The undersigned Complainant, pursuant to 28 USCS §1746, declares under the penalty of perjury that he has examined this criminal complaint being brought in his benefit by the United States of America and verifies that its contents are true and correct to the best of his information, Knowledge, and belief.

U.S. Department of Justice
Karen L. Reynolds (P31029)
Shannon M. Ackenhausen (P83190)
   Attorneys For The Plaintiff

Drafted and Submitted,
By: _____
   Bernard Hardrick
   Complainant

Dated: December 15, 2025

5.

Bernard Hardrick
#606507
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, MI 49908

FIRST-CLASS

US POSTAGE ᴵᴹᴵ PITNEY BOWES

ZIP 49908
02 7H
0006228327

$ 001.90⁰

DEC 15 2025

US District Court
Court clerk office
P.O. Box 698
Marquette, MI 49855