UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    SHERMAN WASHINGTON
#207519

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 17, 2025 and orders the Clerk to reject the Letter regarding compensation and return the document(s) to Sherman Washington #207519 for the reason(s) noted below:

Mr. Washington submitted a letter regarding his concerns about the correctional facility he is in. The letter cites his closed case 1:16–cv–684. Mr. Washington currently has no pending case filed with this Court. If he wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A $405.00 filing fee is required (or $5.00 for a habeas corpus case). If Filer cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

If Sherman Washington #207519 wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  December 22, 2025                     _/s/ Ray Kent_____
                                             RAY KENT
                                             U.S. Magistrate Judge