RECEIVED - KZ

December 17, 2025 1:37 PM

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____ems_____

See Washington v. Davis, 1:16-cv-684          12-10-25

What I want is to be compensated for the pain and anguish they put me through.

* I'm trying to be the best version of myself and the inmates and staff are trying to subvert that.

I'm at JCF, the level 1 version, which is minimum security. I bust my butt to get here and now that I'm here everybody wants to be gangsta. I have never seen so many level 1 gangsters in my life. They're not even concerned about going home. At least they present it that way.

A.S. Lance Washington. JCF 207519.

Prisoner Name: WASHINGTON, Sherman

Prisoner Number: 207519

G. ROBERT COTTON CORRECTIONAL FACILITY

3510 N. Elm St.

Jackson, MI 49201-8877

METROPLEX MI 480

13 DEC 2025 PM 15 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 49201 $ 000.74⁰
02 7W
0008038243 DEC 12 2025

"Music Jules!,

.)

U.S. District Court

Western District of Michigan

Federal Bldg. U.S. Courthouse

401 W. Michigan Ave.

Kalamazoo, MI 49007

49007-583999

What's my favorite word?

Run

W. I. N

She said,

Yeah you know

I'm the best babe.

you can see it

on my love lace.

"Higher"

Lance the Lyricist

Runner's World