UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  KEVIN CASSADAY

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 18, 2025 and orders the Clerk to reject the Change of Address Letter and return the document(s) to Kevin Cassaday for the reason(s) noted below:

Kevin Cassaday is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with United States District Court for the Eastern District of Michigan. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.

Dated:  December 22, 2025               /s/ Ray Kent
                                      RAY KENT
                                      U.S. Magistrate Judge