# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

KEVIN CASSADAY

- PLAINTIFF

v.

FBI, et al

- DEFENDANT

CASE # 4:2022-cv-10909

FILED (GR)
U.S. District Court Clerk
DEC 1 7 2025

---

## NOTICE OF PLAINTIFF ADDRESS CHANGE

---

*Kevin Cassaday*    12-11-2025

KEVIN CASSADAY

4819 N. STARK RD.

HOPE, MI 48628

989-615-7096

kwcassaday@yahoo.com

Page 1 of 1

PS00001035014

UNITED STATES POSTAL S

**PRIORITY MAIL**

Flat Rate Mailing Envelo

*Visit us at usps.com*

**INTERNATIONAL RESTRICTIONS APPLY:**
Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps
or ask a retail associate for details.

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

PRIORITY MAIL
POSTAGE REQUIRED

*Misuse may be a violation of federal law. This
packaging is not for resale. EP14F-P-PP © U.S.
Postal Service; June 2012; All rights reserved.*

EP14F-P-PP June 2012 © U.S. Postal Service

*Schedule package pickup right from your home
or office at usps.com/pickup
Print postage online*

---

**UNITED STATES POSTAL SERVICE.**    **Click-N-Ship®**

**P**

usps.com
$10.40
US POSTAGE

9405 5301 0935 5253 1477 26 0104 0001 0004 9503

U.S. POSTAGE PAID
Click-N-Ship

12/11/2025
1 lb 0 oz

Mailed from 48628    009131209068818

**PRIORITY MAIL®**

KEVIN CASSADAY
4819 N STARK RD
HOPE MI 48628-9782

Created 2025-12-11
Flat Rate Envelope

**RDC 03**

**C040**

US COURT CLERK WDMI
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

**USPS TRACKING #**



**9405 5301 0935 5253 1477 26**