UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    MICHAEL KRUSELL

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 18, 2025 and orders the Clerk to reject the Miscellaneous Exhibits and return the document(s) to Michael Krusell for the reason(s) noted below:

Michael Krusell has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Michael Krusell's cases.

If Michael Krusell wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated:   December 22, 2025              /s/ Ray Kent
                                       RAY KENT
                                       U.S. Magistrate Judge