UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    TERRANCE FOMBY #773115
_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 23, 2025 and orders the Clerk to reject the State Court Documents and return the document(s) to Terrance Fomby #773115 for the reason(s) noted below:

Mr. Fomby has submitted a document that appears to be intended for the Wayne County Circuit Court. This document was submitted to our court in error.

IT IS SO ORDERED.


Dated:  December 23, 2025              /s/ Ray Kent
                                      RAY KENT
                                      U.S. Magistrate Judge