UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    AULTON GOBEN III

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 22, 2025 and orders the Clerk to reject the Exhibit A and return the document(s) to Aulton Goben III for the reason(s) noted below:

Aulton Goben III has several cases in this Court. The document does not clearly reference a case caption or case number. Therefore, the Court is unable to link this document to any of Aulton Goben III's cases.

If Aulton Goben III wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.


Dated:  December 30, 2025                   /s/ Sally J. Berens
                                           SALLY J. BERENS
                                           U.S. Magistrate Judge