UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:    DERRICK LEE
CARDELLO–SMITH

_____/

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received December 22, 2025 and orders the Clerk to reject the Request for Docket Entries and return the document(s) to Derrick Lee Cardello–Smith for the reason(s) noted below:

Derrick Lee Cardello–Smith is attempting to file documents with this Court, although the case caption indicates that the documents should be filed with Eastern District of Michigan. It appears that the documents were submitted to this Court in error.

IT IS SO ORDERED.

Dated:  December 30, 2025                     /s/ Sally J. Berens
                                              SALLY J. BERENS
                                              U.S. Magistrate Judge