Mr. Derrick Lee Cardello-Smith #267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, MI 49788

**RECEIVED - GR**

December 22, 2025 2:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: _____/_____

12-16-25

Clerk of the Court
United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

Re: Request for Docket entries for Various Cases.

Dear Clerk:

Could you please provide me with docket sheets for the following various court cases that I have pending in the jurisdiction of your court as that I am in custody and the mail has been lost by the MDOC and it has resulted in my litigation being placed in jeopardy.

Derrick Lee Cardello-Smith--25-11737
Derrick Lee Cardello-Smith--25-12504
Derrick Lee CArdello-Smith--24-12647

I thank you in advance for your kindess and response to this matter.

Respectfully Yours,

Derrick Lee Smith

NAME: Mr. Derrick Lee Cardello-Smith #267009
Number: Kinross Correctional Facility
Address: 4533 West Industrial Park Drive
Address: Kincheloe, MI 49788

Mailed on 12-16-25

GRAND RAPIDS MI 493

20 DEC 2025 PM 6 L



Clerk of the Court
United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-230099