UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


IN RE:    RAYMOND A. HUBERTS
_____/


## ORDER REJECTING PLEADING


The Court has examined the following document(s) received December 26, 2025 and orders the Clerk to reject the Motion to Conflate and Coordinate and return the document(s) to Raymond A. Huberts for the reason(s) noted below:

Raymond A. Huberts currently has no case filed with this Court. If Raymond A. Huberts wishes to file a complaint in this Court, he must comply with the requirements in the Federal Rules of Civil Procedure. A proper complaint must contain the basis for the Court's jurisdiction, a caption which includes the names of all parties, averments of claim or defense in numbered paragraphs, and a short, plain statement of the claim showing plaintiff is entitled to relief. A 405.00 filing fee is required. If Raymond A. Huberts cannot afford the filing fee, an affidavit of financial status must be completed and submitted at the time of filing of the complaint.

IT IS SO ORDERED.


Dated:  December 30, 2025                    /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                            U.S. Magistrate Judge